# Exhibit A

# HomeLight Reviews (Consumer Warning)



★★☆☆☆ Editor's Rating

★★★☆☆ Users' Rating

Reviews for HomeLight, a referral network that matches consumers with real estate agents.

Post a Review

Back to Directory (RealEstateDirectory)

Compare



Start your review of **HomeLight**

Consumer Warning

HomeLight is a broker-to-broker collusion scheme, where "partner agents" unlawfully agree to pay massive kickbacks to receive your information by engaging in market allocation, consumer allocation, false advertising, hidden kickbacks, wire fraud, and price-fixing practices. As a consumer, you will always significantly overpay for Realtor commissions subject to hidden kickbacks and pay-to-play steering promoted in this scheme.

United States federal antitrust laws prohibit consumer allocation and blanket referral agreements between real estate companies.
(https://www.justice.gov/atr/file/810261/download)

Be smart; do not allow your information to be "sold as a lead" to a double-dealing Realtor in exchange for massive commission kickbacks paid from your future home sale, or your future home purchase.

---

## Buying and Selling with HomeLight

HomeLight is a referral fee network designed to collect fees by matching consumers with local real estate agents willing to participate. HomeLight operates as a licensed real estate brokerage in California under BRE License #01900940, but it does not produce any services that are typically offered by real estate agents and does not represent consumers when buying or selling real estate in any State.

When consumers submit information to HomeLight, this information is simply sold to real estate agents who are willing to pay for it with a 25% share of their commission.



Company Website (https://www.homelight.com)

## HomeLight Pricing

HomeLight revenue comes from **referral fees and sale of user data**.

## Listing Services

- This Service Does Not Represent Sellers

## Buyer's Agent Services

- This Service Does Not Represent Buyers

## HomeLight Editor's Review:

Dmitry Shkipin (https://www.linkedin.com/in/dmitryshkipin?trk=profile-badge)

Last updated: 25 April 2021

First published: 17 February 2019



On paper, HomeLight seems to have a great idea – to provide its users with a list of the "most effective" real estate agents that are scrutinized across the board to systematically facilitate better offers for sellers and better terms for buyers.

HomeLight states that "our service is 100% free, with no catch. Agents don't pay us to be listed, so you get the best match." Digging deeper into Terms of Service the actual model turns out to be much less effective - HomeLight is a California licensed real estate broker that collects a 25% referral fee from all real estate agents that participate.

**This fee makes it hardly a free service for anyone since referral fees are inevitably passed down to consumers.**

More importantly, HomeLight applies this pay-to-play bias towards all matching results, meaning, only real estate agents that have agreed to pay a referral fee are displayed in match results for consumers.

**HomeLight audits all transactions because it needs to find out how much money real estate agents receive in commissions, inevitably collecting private details of consumer's agreement for home purchase or sale.**

HomeLight further claims to produce higher returns to consumers when selling, but there is absolutely no third-party evidence for this. HomeLight algorithm is self-proclaimed and is based on the data derived from MLS past transactions. There are any number of factors that affect the actual home value with no proven correlation to agent representation. In order to select a proper real ∧

estate agent, consumers need an open and a transparent information process that HomeLight is unable to provide.

HomeLight plays fees down to consumers - it states directly that the service is 100% free, but at the same time, it **rigidly locks every participating real estate agent into 25% referral fee** attached to the back-end of every contract. As a licensed real estate agent that doesn't perform any real estate services or takes any responsibility for the transaction, it is not entirely clear how this process works under the Business and Professions Code and RESPA.

**Clearly, real estate agents only sign-up with HomeLight because the price of the referral fee can be easily incorporated into their client's agreement with excessive commissions.**

HomeLight receives the second lowest score because this **service is clearly biased** and it claims to provide the complete opposite of what it actually does. HomeLight has presented the following facts prior to the review getting published, but did not respond with any comments. HomeLight must be well aware of this issue but continues to operate on pay-to-play methodology in order to collect fees that needlessly **make home buying and selling more expensive.**

## HomeLight Simple Sale™ Product

HomeLight further offers consumers a connection to local real estate developers that buy and flip homes for profit. According to the company, the majority of Simple Sale developers are only interested in purchasing off-market homes. **HomeLight itself admits that 91 percent of sellers choose a real estate agent to list their home on the open market, but that does not stop it from an attempt to offer your information to developers as well.**

HomeLight states it will show the seller their best iBuyer offer

against an estimation for what they can sell a home in an open market with the help of an agent. The reality is HomeLight doesn't care how your home is sold, as long as it receives a fee for directing you one way or another. It costs absolutely nothing to HomeLight to offer you a bad deal on selling your home to a real estate developer because this company is a referral fee network that is primarily interested in connecting consumers to anything that pays them a fee.

HomeLight does not state how much developers and iBuyers pay them for each successful lead, but according to third-party sources, HomeLight receives a 4% commission from the total value of your home. Remember, this fee comes from the real estate developer, so HomeLight for all practical reasons, works for that developer, not you. A developer will know that your home is off-market and it costs them absolutely nothing to give you a severely underpriced offer.

Typically, iBuyers cost consumers about 15%-20% of net equity from the home sale, when accounting for all fees and reduced cash offer against your home's true value. Most developers will not take anything less of a 30% margin below market. The reason is developers experience high risks and double transaction costs when making an offer on your home, and HomeLight's 4% commission on the sale is a very real closing fee to account for. The bank, on the other hand, does not care how you sell your home or for how much. Your mortgage company receives the same amount from the sale of your home, so these all excessive costs work directly against your net equity as a seller. If you are seriously considering Simple Sale offer made to you using HomeLight, the best way to approach it is with your own real estate agent who does not pay any referral fees to HomeLight.

Of course, matching you with a competitive agent to list your home on the open market is something HomeLight is not built for.                    ^

Remember, HomeLight is a broker that is interested in receiving a referral fee for any match. If HomeLight does not receive payment of some sort from a broker, you will never see them on their platform. When you use a broker sent to you by HomeLight, you are paying for two brokers.

## Consumer Steering

Some consumers who receive a recommendation for the three local HomeLight partner agents will often proclaim that the process of selecting a Realtor is very simple and that they have experienced excellent results.

**The question stands, why doesn't the editor's review for HomeLight extend a similar recommendation?** The difference is that the editor's review focuses directly on the quality of HomeLight brokerage as an information channel, while most consumers tend to combine HomeLight brokerage with an experience provided by HomeLight partner brokers into a single experience. From an editor's perspective, these are not the same.

**The way consumers find a real estate professional must be unbiased and free from pay-to-play incentives in order to be considered as a quality channel.**

HomeLight brokerage offers an excellent channel that proactively steers consumers toward a highly selected pool of partner brokers who have a blanket referral agreement with them, **in an exchange for a significant share of their commission.**

This is a very different experience than having to genuinely rate local agents and offer an unbiased recommendation. **HomeLight has a direct financial incentive to steer consumers toward brokers who charge higher commissions.**

Moreover, HomeLight brokerage operates by excluding itself from the competition with partner agents. In the United States, it is unlawful for real estate professionals to allocate consumers or organize into broker referral networks by means of blanket referral agreements.

HomeLight is a brokerage and it must compete with other brokers, instead, the company organizes brokers into a network in order to receive a cut of their commission. Real estate professionals working with HomeLight no longer compete for consumers, but rather compete for HomeLight to steer their business.

HomeLight consistently applies a logical fallacy called "Appeal to Authority" where it states that their partner agents are the best simply because the company has done some sort of "black box" research without actionable reasoning to support the claim. HomeLight algorithm is biased by default, simply because it will only match consumers with partner agents, and not all local agents.

HomeLight cannot actually rate all local agents and publically disclose this data, simply because agents who are rated badly will argue that the system of rating is flawed – not all transactions are recorded in the MLS, it is impossible to truly determine the quality of agents based on data provided in the MLS, some agents will underprice homes to sell them quicker, etc. Consumers are legally allowed to rate their experience with services in the United States. Unbiased channels such as Yelp! freely offer unbiased medium with good information where brokers cannot buy their recommendations with referral fees, or offer consumers gift cards to write reviews.

HomeLight only offers three best choices, simply because these agents will not argue with that determination, in fact, they are

willing to provide a kickback of their commission for the privilege.

All of these reasons combined are why the editor's review rating is so much different from positive consumer reviews. **The editor's rating focuses on the fairness of the process, rather than the individual outcome. In order to promote fair practices in the industry, we place a very different value on pay-to-play steering vs. unbiased match results.**

## Is HomeLight Free?

HomeLight often proclaims that its "service is 100% free." We find this statement to be false. HomeLight is not free, in fact, this "paper" brokerage adds unnecessary referral fees into transactions that make it more expensive to buy or sell any home.

Eventually, HomeLight is a brokerage and their fees are paid by consumers with higher commissions. HomeLight further claims that "agents don't pay us to be listed, so you get the best match." This is a use of a "Modal Logical Fallacy" because it specifically concludes that because something is true, it is necessarily true, and there is no other situation that would cause the statement to be false. Simply because agents don't pay HomeLight to be listed, doesn't mean that agents don't pay HomeLight at all. **In fact, HomeLight actively steers consumers toward agents who pay them, just after the transaction.**

As of 2019, HomeLight claims to have made a successful match for about 390,000 people with agents. The median home price of a home in the United States is about $230,000. **Multiplying the two figures yields about $100 Billion in home sales.** Assuming a 5-6% commission, this yields about $5 to $6 Billion in real estate commission business generated nationwide. In the recent Crunchbase article HomeLight claims to have "driven well over $17 billion of real estate business nationwide," which indicates that

HomeLight works with homes above the median price. **Simply stated, HomeLight has collected a "standard" 25% referral fee on commissions valued anywhere from $5 to $17 Billion since its inception in 2012.**

This yields a mind-blowing estimate set at $1.25 to $4.25 Billion in commission kickbacks paid to HomeLight from participating brokers across the United States. Almost all of it is profit since HomeLight doesn't perform any services typically offered by real estate brokers.

HomeLight advertises a 100% free service, yet it subjects consumers to Billions in added fees in one of the most important transactions of their lives.

Update: on November 4, 2021, HomeLight has originated a request to the editor asking for this review to be removed.

The following is a **pdf link** (../docs/HomeLight-Review-Notice-to-Cease-and-Desist.pdf) to the notice originated by HomeLight, dated November 4, 2021.

The following is a **pdf link** (../docs/RE-HomeLight-Review-Notice-to-Cease-and-Desist.pdf) to the reply written by the editor of this review, dated November 9, 2021.

## Guide References for HomeLight:

Blanket Referral Agreements in Real Estate (https://homeopenly.com/guide/Blanket-Referral-Agreements-in-Real-Estate)

How real estate referral fees work (https://homeopenly.com/guide/how-real-estate-referral-fees-work)

Market Allocation in Residential Real Estate (https://homeopenly.com/guide
/Market-Allocation-in-Residential-Real-Estate)

Is HomeLight Match Legitimate? (https://homeopenly.com/guide/Is-
HomeLight-Match-Legitimate)

HomeLight Possible Antitrust Violations (https://homeopenly.com/guide
/HomeLight-Possible-Antitrust-Violations)

# FAQ for HomeLight

- ⌄ What are the alternatives to HomeLight?
- ⌄ What are the pros and cons of HomeLight?
- ⌄ What is HomeLight?
- ⌄ Is HomeLight legitimate?
- ⌄ How does HomeLight make money?
- ⌄ Is HomeLight algorithm impartial?
- ⌄ What is HomeLight Simple Sale?

## What are the alternatives to HomeLight?

HomeLight directly competes with several broker-to-broker referral fee schemes,
including Zillow Flex (https://homeopenly.com/Reviews
/Zillow_Premier_Broker_Program), Realtor.com Opcity
(https://homeopenly.com/Reviews/Realtor_Opcity), Redfin Partner Program
(https://homeopenly.com/Reviews/Redfin), Opendoor Brokerage
(https://homeopenly.com/Reviews/Opendoor_Brokerage), Rocket Homes
(https://homeopenly.com/Reviews/Rocket_Homes), Better Real Estate
(https://homeopenly.com/guide/Bettercom-Possible-Antitrust-Violations),
mellohome (https://homeopenly.com/Reviews/mellohome), Sold.com
(https://homeopenly.com/Reviews/Sold), Xome (https://homeopenly.com
/Reviews/Xome), OJO Labs (https://homeopenly.com/guide/OJO-Labs-
Possible-Antitrust-Violations), LemonBrew (https://homeopenly.com/Reviews
/LemonBrew), Radius Agent, ReferralExchange, Nobul (https://homeopenly.com ^

/Reviews/Nobul), NAEBA (https://homeopenly.com/Reviews/NAEBA),
topagentsranked, myagentfinder, UpNest (https://homeopenly.com/Reviews
/UpNest), Clever Real Estate (https://homeopenly.com/Reviews
/Clever_Real_Estate), and others.

Genuine alternatives to HomeLight are unbiased real estate platforms, open
marketplaces, and consumer review portals that offer reliable information
without any pay-to-play bias (https://homeopenly.com/guide/Hidden-Referral-
Fees-in-Real-Estate).

## What are the pros and cons of HomeLight?

Pros: there are none with HomeLight. HomeLight's proposition to match
consumers with the best real estate agents is a false advertisement. HomeLight's
broker-to-broker collusion scheme (https://homeopenly.com/guide/HomeLight-
Possible-Antitrust-Violations) holds no tangible value to any consumer, either
when buying or selling a home.

Cons: there are several major disadvantages to HomeLight. First, consumers are
hiring two brokers for the work of one (https://homeopenly.com/guide/how-
real-estate-referral-fees-work). Because HomeLight takes a 25% referral fee, the
referred agent is unable to offer their full value to consumers. HomeLight only
recommends three paying agents to consumers, leaving out the vast majority of
honest agents who refuse to participate in the scheme.

Summary: HomeLight steers consumers toward their network of brokers and
away from others. HomeLight cannot legally organize brokers into a network
(https://homeopenly.com/guide/Blanket-Referral-Agreements-in-Real-Estate)
because blanket referral agreements, consumer allocation, and market
allocation (https://homeopenly.com/guide/Market-Allocation-in-Residential-
Real-Estate) between licensed real estate brokers are prohibited in the United
States.

## What is HomeLight?                                                    ^

HomeLight is a 'paper' real estate brokerage. Agents agree to pay HomeLight a referral fee, on all closed transactions, through their employing broker. HomeLight does not offer any representation services. HomeLight is a consumer brokering scheme that works to receive a cut of agent's commissions with the use of blanket referral agreements.

## Is HomeLight legitimate?

No. HomeLight is a consumer allocation scheme between licensed real estate brokers that increases broker commissions and limits consumer choices. HomeLight's revenue comes from blanket referral fees set at 25% of the entire broker's commission. HomeLight is scamming consumers when it claims to offer unbiased matches. HomeLight a pay-to-play scheme that offers biased matches for financial gain. The main qualification for real estate brokers who participate with HomeLight brokerage is their willingness to pay a referral fee. Consumer allocation between licenses real estate brokers is a felony in the United States prohibited by federal antitrust regulations.

## How does HomeLight make money?

HomeLight is a pay-to-play scheme that offers biased matches for financial gain. HomeLight is a registered licensed broker with the California Department of Real Estate. As a licensed broker HomeLight does not offer any tangible services, instead, the company utilizes blanket referral agreements with independent Partner Agents in a possible violation of the Sherman Act and RESPA. All Partner Agents must agree to pay HomeLight a blanket referral fee to participate in the scheme.

## Is HomeLight algorithm impartial?

No. HomeLight algorithm is self-proclaimed and easily amounts to unfounded results. HomeLight has a direct financial incentive to recommend the most expensive brokers to consumers because their referral fees are calculated from the total price of the commission a referred broker earns from the real estate transaction.

HomeLight does not have any legal authority to rate the quality of other real estate brokers because it is a broker like any other. HomeLight is a 100% biased platform.

## What is HomeLight Simple Sale?

HomeLight Simple Sale (https://homeopenly.com/guide/Is-HomeLight-Match-Legitimate) is a consumer brokering scheme (https://homeopenly.com/guide/HomeLight-Possible-Antitrust-Violations) where HomeLight feeds home seller's information to cash home buyers in exchange for a hidden 4% kickback paid by the cash home buyer.

Simple Sale is not a legal home seller representation. HomeLight does not act in a listing brokerage capacity and does not have a representation agreement signed with the home seller. This means that whenever a home seller sells their home to via Simple Sale, HomeLight receives a kickback from the cash home buyer, under the premise that consumers 'save' on the cost of the listing commission.

In reality, with Simple Sale, home sellers are fed into a consumer brokering scheme, lose control of their consumer choice, are presented with below-market offers, lack exposure of their home on the open market, and receive zero market offers made by legitimate buyers.

It is unlikely that any legitimate seller's agent can recommend selling any home off-market with a third party taking hidden kickbacks from the proceeds. A legitimate real estate agent always works for the home seller and always acts in the seller's best interest under ethics and local state Business and Professions codes. HomeLight merely acts in their self-interest (https://homeopenly.com

/guide/Is-HomeLight-Match-Legitimate) and in the best interest of whoever pays it the largest kickbacks.

## Where does HomeLight operate?

HomeLight currently operates in select areas across United States.

## Contact HomeLight:

100 1st St Suite 2600
San Francisco, CA 94105 US

Phone: (855) 999-7971 (tel:+18559997971)



## HomeLight User Reviews

HomeOpenly aims to display user reviews posted as independent

opinions of ordinary impartial customers. Review solicitation is the act of asking customers to leave reviews. Businesses should not ask for or solicit reviews on HomeOpenly. This includes asking customers to write reviews.

It has been confirmed by our staff that sometime in December 2019, HomeLight has solicited customers to post their feedback on HomeOpenly in exchange for cash gift cards.

Solicited reviews are posted by legitimate customers, and we are accountable to display them, however, the act of review solicitation may lead to deceptively biased content because businesses can cherry-pick their requests.

The FTC maintains that knowing about cash incentives is material information to consumers reading positive reviews. (https://www.ftc.gov/news-events/blogs/business-blog/2019 /04/its-unwise-incentivize-positive-skewed-reviews)

Please proceed with caution.

★☆☆☆☆ *03/18/2022*
Valerie M. *Dallas, TX*

Homelight contacted me about an offer on my non listed house. I replied back but never heard anything. I think this is a scam marketing company disguised as a real estate referral company. Do not give then your info! You will get spammed but not with a home offer from Homelight.

★☆☆☆☆ *03/15/2022*
Julie *Palm Coast, FL*

Not sure how this happened but received 2 offers for over 100k LESS than we sold it for.

---

★☆☆☆☆ *03/09/2022*

Jonathan *Holland*

I gave them my information because I was curious about an estimate on my home price. The estimate was no good, and they constantly hound me with real estate agents, and there seems to be no way to close my account and remove my information from their database.

---

★☆☆☆☆ *02/20/2022*

Roy s. *Highland, CA*

Waste of time bill reached out twice offering to purchase my house asks for info and than never makes a offer or response to any emails if you want to sell just use your trusted realtor much easier and straight forward

---

★☆☆☆☆ *02/19/2022*

Andrea *Huntington, NY*

I was referred several agents, not one was local enough, none familiar with my town. Not one local agent, not one agent who knew anything about my area.

This is Fraud. False advertising. The Agents pay for the referral, that's all.

---

★☆☆☆☆ *02/05/2022*

Leigh G. *Garden City, ID*

I requested an estimate of home value. The value result is significantly lower (less than we paid in 2019) than I know (based on CMAs, recently sold, listing prices) we could ask when we decide to sell. Disappointing, but, of course, they knew of an investor who would like to buy it!

★☆☆☆☆ *01/21/2022*

Margaret B. *Anchorage, AK*

Saw an add on tv offering a free home valuation. Spent 10 minutes trying to get the valuation but never got it. The website would not allow it because I wasn't giving up a phone number. When you have to force customers to provide basic info, you haven't earned their trust? Earn it, then ask.

★☆☆☆☆ *04/21/2021*

Sean N. *Stafford, VA*

I have been receiving calls from an unknown number for days, and they refuse to leave a voicemail. I don't answer numbers I don't recognize. After several days of the same number calling, and not leaving a message, I answer, to find it's HomeLight. No one on the other end, and as I'm about to hang up, an automated voice tells me this call is being recorded, and man comes on, saying he's from HomeLight. I hang up. Immediately after that I receive a flurry of phone calls, emails and texts from real estate agents - completely unsolicited! I realized that I had recently used an online home valuation calculator out of curiosity. Apparently the information I entered was distributed to agents under the pretense that I was selling my home. I

never once suggested that my home was going on the market when using the online tool. Be warned, they will spam you if they get your information.

★☆☆☆☆ *03/23/2021*

Judd C. *Denver, CO*

This is not a transparent offering. The clients are not paired with the best Brokers for them, they are paired with the brokers that are paying into this referral network. Often these brokers are the less effective or experienced brokers that don't have enough of their own deal flow, and therefore have to pay someone else for leads. I don't like that this info is hidden and the service tries to present itself as a legitimate 'matching' process for clients, when it's just a paid referral program for the owners of Homelight.

★☆☆☆☆ *01/09/2021*

Nathan M. *Akron, OH*

It's been 3 years since my house sold, but I just had vent about Homelight.
A wife and husband showed hours after soliciting Homelight. It would be too lengthy for me to detail everything. They advised me to keep my used furniture in place, which I know is not a good idea. They brought out clients as I warned I wasn't ready, took clients out anyway, and then chewed me out because it wasn't ready. The wife thought that hugging the seller a lot was a good idea. I don't like strangers hanging me. There's a lot more, but suffice to say, Homelight doesn't get the biggest sellers. The subsequent realtor that did a great job selling in under a month, did a great job and said he'd never heard of the apparent amateurs that Homelight Dispatched.

DONT USE HOMELIGHT
THEY'RE BS. Thank you

★☆☆☆☆ *11/24/2020*

Bob S. *Denver, CO*

Homelite sends out millions of texts every day which is illegal. No means no. We are on a no call list but they keep texting.

★☆☆☆☆ *11/10/2020*

Kay P. *Portland, OR*

This is a worthless scam company that will not stop spamming me even though I have never solicited or used their services. I have no idea how they got my information, but I have no need of them and cannot get off of their list.

★☆☆☆☆ *10/31/2020*

Tamera B. *Columbia, SC*

SPAM Company. BEWARE! This company tells you they will provide you with the BEST agent for YOUR NEIGHBORHOOD, which is a lie. They will provide you with an agent willing to pay 25% of their commission back to them. The consumer IS NOT Getting the MOST EXPERIENCED OR THE TOP PRODUCERS for their community. ASK the agent to SHOW THEIR PRODUCTION STATS. Then ASK people in your community for a personal referral of an agent or use a review service.

★☆☆☆☆ *10/22/2020*

Pop p. *Lewes, DE*

Only made an inquiry for these folks, based on information I provided on my home, to provide a value or appraisal. Was not seeking a realtor only a comparison on their estimate compared to Zillow's estimate compared to a professional appraisal. They were nearly $300,000 dollars less than the professional appraisal and $200,000 dollars less than Zillow. I made no request for anything else and provided an old telephone number but asked for no calls. Two weeks latter they tried to call and when able to connect emailed trying to get me to connect with one of their realtors. Unethical, misleading and an intrusion on my privacy and disregarding my wishes. These types of business practices should be outlawed.

★★★★★ *03/01/2020*

ALBERT S. *Union Mills, IN*

I searched for a realtor on HomeLight. Several were recommended to me. I chose Dave Woodson because of his history in LaPorte County. He put our house on the market and had an offer in less than 24 hours. He offered us good advice. He responded quickly to our questions. I would have liked to hear from him a little more often in the interim. There were 6 weeks between the offer and closing. I know that there was a lot of time when nothing was happening, but a short contact to let us know everything was still moving forward. He did contact us as things happened, but sometimes there were weeks that we didn't hear from him and that left us wondering. Just something minor. He did a great job for us and when we go to sell our other house we will call Dave.

★☆☆☆☆ *02/27/2020*

Carol V. *Myrtle Beach, SC*

We found Jeff Casterline with BRG Realty on Homelight. He did absolutely NOTHING for us. He did not represent us as sellers at all. The nonsense we went through as sellers should have been avoided by Jeff, but he did absolutely nothing for his 6% commission. We have bought and sold 9 homes to date and this experience, without a doubt, was the most stressful we have ever had due to Jeff's nonchalant attitude about what the buyers and the buyer's agent were putting us through. I would NEVER recommend BRG, and especially Jeff Casterline to sell your house. He was nothing like what he represented himself as when we originally spoke to him about selling our house.

★☆☆☆☆ *01/18/2020*

Dan J. *Roseville, MI*

Homelight offers to pay people who have used their service for positive reviews. I recently used them and they offered me a $20 Amazon gift card to give a positive review along with an extra $10 if I would post the review on another site (by the way they don't ever actually end up paying you it is just more lies). I personally would not use Homelight again they only recommended 2 agents and neither were very good. I don't believe they really select top agents instead just using agents agreeing to their kickbacks. I have also received a lot more spam emails and calls since sharing the info with Homelight.

★★★★☆ *01/04/2020*

Jennifer K. *Kalamazoo, MI*

I do appreciate the home light service to connect homeowners with real estate agents. I was looking for a good realtor when I did a google search and landed on the home light site. I put in my information and was matched up with three realtors. I

heard from two of them within hours. Great response and excellent referral for both realtors. We had both of them come and provide their thoughts on our home and what it would sell for. We liked both realtors so much we had a hard time deciding which one to use. I am very happy with the home light service and would use it again if I needed to find a realtor that would be a good match for us.

Caution: The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *01/02/2020*

Jeremy S. *Cohoes, NY*

The process of selling a home is overwhelming enough without factoring in the chore of selecting the right real estate agent. HomeLight was a life saver in this process. In addition to offering helpful advice regarding the sales process, I answered a few brief questions and received a list of the top selling agents in my area. Within hours of using HomeLight I had three appointments with realtors to interview. The process could not have been easier. Thank you HomeLight!

Caution: The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/27/2019*

Gabrielle *Bristol, CT*

Homelife made selecting a realtor very simple for us. As first time home buyers, we didn't know where to even start to look for a realtor! We were provided with several agent options

once we signed up with Homelife. Our realtor Doreen provided us an amazing experience and we are so grateful that Homelife led us to her!

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

⭐⭐⭐⭐⭐ *12/26/2019*
Pamela R. *Phoenix, AZ*

I was very happy with HomeLight services. I had the home on the market and used a relative for my agent for 3 months with only one very low offer. I needed to change agents. They referred me to 3 excellent real estate agents who promptly responded to my inquires. I chose the one who best understood our home's value and potential and could guide me through the process. I would never have known where to start or how to search for the best without this service. After following the advice of my excellent agent, Lisa Roberts, the house sold the first day back on the market. (Please do not publish my full name)

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

⭐⭐⭐⭐⭐ *12/26/2019*
Adam W. *Phoenix, AZ*

We are incredibly satisfied with the realtor which we ultimately selected thanks to referral by HomeLight . HomeLight did a great job of promptly helping us to select from among many well-recommended agents. Additionally, our realtor also had

positive things to say about HomeLight's referral network. Based on this experience I would recommend HomeLight for anyone looking to identify potential realtors to interview.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

⭐⭐⭐⭐⭐ *12/26/2019*

Jeannette B. *Searcy, AR*

We chose David Lorton upon your recommendation to sell our home. He gave advice, professionally, how to "stage" our home for the maximum effect, took realistic pictures of our home, inside and out, input data into MLS and communicated with us constantly. Most agents advised us we wouldn't be able to sell our home until the spring but David's optimism, marketing and experience in concert with our partnership in working with him made it possible for us to accept an offer a little over three weeks after listing for a fair offer. Thank you, HomeLight, for recommending such a professional and experienced agent that was the total package! We would heartily recommend HomeLight and David Lorton to anyone needing to buy or sell their home.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

⭐⭐⭐⭐⭐ *12/26/2019*

Denise N. *Magnolia, TX*

I can not stress enough how amazing, wonderful, caring and professional Honey & Company were to work with. I highly

recommend them and HomeLight to everyone. I've never experienced such awesome customer service.

10 ?? Rating.

I thank God I found HomeLight who led me to my fabulous realtor Connie @ Honey & Company Realty.

THANK YOU ??

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/26/2019*
Stephen S. *York, PA*

We sought out a HomeLight agent after hearing the advertisements on the radio. We interviewed several and decided to sign with Eric Hoffer. He has a successful record and was very pleasant and personable. He helped us decide on a listing price based on what the market was doing. After signing, he sent his assistant, Lynn to evaluate our home. She made recommendations on how to best declutter it and gave help on staging the home for the best presentation. Lynn also had a photographer come to take pictures and I have to say that the photos were spectacular and really displayed the house wonderfully. We immediately had people come to view our home. Unfortunately, we did not get an offer at the original price and Eric recommended dropping the price by five per cent after three months on the market. After the price drop we got several offers and actually had two buyers in a bidding war, resulting in the offer we accepted. Overall, we are very happy with Eric and Lynn efforts in getting our home sold. I would definitely recommend Eric as a realtor and would use

HomeLight again should we need to sell another home.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/26/2019*

Marideth G. *Carol Stream, IL*

We are so happy that we used Homelight to find a top ranked local realtor when it came time to purchase our new home. After entering our criteria, we were quickly contacted by several high performing local agents but weren't endlessly bombarded with calls and emails as I had been worried we would. The agent we selected was perfect for us and Homelight even followed up to make sure we'd found a good fit.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/26/2019*

Robin L. *Kernersville, NC*

Home Light did a wonderful job setting me up with Ashley Lay Reality to sell my home. They were so wonderful and easy to work with. I have to commend them for their work my home was listed and sold with in thirty days!

All the little things I had to get done Heidi had a contact for. She was absolutely astonishing! I would recommend them to everyone who wants a professional team working for them and to be updated on the status of your home selling on a

regular basis.

I can't say enough about my outcome!

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

⭐⭐⭐⭐⭐ *12/25/2019*

Blake D. *Naperville, IL*

When we started our new home search we accessed Homelight to find the best realtors in our area. Homelight quickly identified 2 highly-qualified realtors that had plenty of successful experience in our area. Through those realtors we found the right house for us within a matter of weeks and she helped us throughout the purchase process. Homelight helped make the process quick and efficient by identifying the most qualified realtors to suit our needs.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

⭐⭐⭐⭐⭐ *12/23/2019*

Daniel S. *Delran, NJ*

Homelight put me in touch with an agent that provided service beyond what I had expected I recommend Homelight and Robert Greenblatt who was very accommodating and great to deal with while selling our condo. He offered excellent advice and answered all my questions. Robert was always very friendly and professional. He put every effort into helping us

sell our property, keeping us abreast of the details, while making the whole process fairly easy. I will recommend Robert to anyone looking to buy, or sell, property!

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/23/2019*

Diane B. *Lakeland, FL*

My partner and I decided to put our townhouse on the market. Since we never sold a home we weren't sure which realtor to use. He heard of Homelight and suggested that we contact them. Within minutes of completing a questionnaire about our home we received several different Realtors that were in our area. I left messages for two different realestate agents and within the same day received returned calls from both. We met with Darren Moreno and decided to use him for the sale. I would recommend using Homelight to anyone that wants to sell their home. It is a quick and easy process to and has a good outcome. Our Townhome had two offers within three days it was on the market.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/23/2019*

Tami C. *Millington, TN*

When my husband and I learned we were being transferred to Florida, we had no idea who to contact to sell our home. I had seen the HomeLight commercials on TV and decided to give it

a try. We were pleased to hear from three different agents almost immediately. We chose our agent from the list sent to us by HomeLight and I am happy to say, we sold our house in less than 12 hours for a full cash offer! I highly recommend HomeLight. They lead you to outstanding agents!! Thank you.

---

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/22/2019*

Fred M. *Griffin, GA*

---

We had a wonderful experience with Homelight and the agents that they recommended, Gary Stubenfoll with Beaman Realty on the selling side.

Some other realtors were not willing to work with us to get us the sales price that we wanted for our property. Gary's wife Danette however worked very hard and make clear that we would not go below our bottom line. She believed in her ability to get us what we wanted.

Well, what do you know. Our property sold within a week of it being placed on the market. Everyone in our area, especially those trying to sell their properties through other realty companies were shocked that it sold so fast. It sold for our asking price too. This meant that we were able to pay the costs of selling, the cost of moving with National Van Lines, and the cost of buying a new house in Georgia, plus have money left over.

Speaking of Georgia, Diann Simpson of iheartatlantarealty.com was also recommended by Homelight and she worked patiently and diligently to find the house that we wanted and could afford. When properties in Marietta Georgia are going for minimums of over $300,000 our desire to buy a nice house for $140,000 seemed impossible. We had to move our search a bit south of Atlanta but we found just what we were looking for. Diann's patience and hard work definitely paid off.

I have to say that our experience with Homelight was successful and satisfying. The realtors they recommended achieved the goals given them and in a very positive way.

Caution: The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/21/2019*

Jaclyn D. *Utica*

Hello,

I must say I am  very satisfied with the service Homelight provided in helping me find the best realtor for me. Homelight suggested qualified realtors in my area and even allowed me to see their most recent sales history. From there I was immediately contacted by a qualified agent. I listed with the agent in August and my home was sold in September. Thank you to Homelight for setting me up with Lou DeMichele of One Realty.

Caution: The author of this review has confirmed that his/her posting was

solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/21/2019*

Neal M. *McCall, ID*

Homelight was able to connect us with an agent and helped make the process successful. We needed to sell the property for a trust and lived out of the area. The property was in a unique area in southern California and we wanted an agent that was familiar with the benefits of living there. We weren't sure where to start until Homelite recommended three top agents in the area. The initial wave of emails, texts, and phone calls was a little overwhelming at first, but once we were ready we reached out to each agent and set up a showing with each one, as Homelite recommended. The material provided by Homelight was helpful to read, with suggestions for what kind of questions to ask the agents. After selecting our agent, the sale moved forward quickly. It all started with the connection with the agent and the chance to meet face to face.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/21/2019*

David T. *Tucson, AZ*

I would like to thank HomeLight and The Stinson Team for the sale of my family's home. I inherited the property and it was simply too large for our needs, I decided to sell. After a week of inquiring about buy "as is" or "quick sell" companies, I found HomeLight via the internet. 3 different agents promptly called and set up appoinments for the following week. After the

agents described their sale strategies, we listed our home with Curt Stinson because quite frankly he told us what we were doing incorrect. After 30 days we accepted the highest bid. The closing was immediate and the buyer gave us a much needed 2 weeks to move out. The entire transaction happened within our comfort and time frame.

Caution: The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/21/2019*

Elbert C. *Burlington, MA*

When my wife and I were deciding whether to sell our home, we did not know where to start. HomeLight helped to connect us with realtors who had many years of experience buying and selling in our area. Through this, we were able to narrow down our choices and find a realtor who could best fit our needs. Without HomeLight, we would not have been able to sell our home and find a new home within such a short time period.

Caution: The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/20/2019*

Ted T. *Albuquerque, NM*

To Whom It May Concern,

I'm very happy to have found HomeLight while searching online to look for an agent to help with the sale of 10324 Sandy Creek Rd Albuquerque NM. I chose John Myers based on the

high rating on the site and I was not disappointed. John has been professional and attentive right from the start. He worked with me diligently to work out a plan for the sale that includes helping with the remodeling process. He was also accommodating and patience during the time of my vacation. The sale went smoothly with the expected listing price sold. I will definitely recommend HomeLight and John if other opportunities arise in the future.

Ted

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/20/2019*

Judith T. *D'Iberville, MS*

wrote:

I can't thank you all enough at Homelite. The service you provided me was the absolute best. Your representative explained to me how your service worked and boy did it work. You paired me with the #1 agent in my area who was so wonderful in helping me sell my home. The process was so easy with my realtor Mechelle Kuld. I would be more than thrilled to recommend Homelite to anyone who is looking to sell their home. I think the service you provide is so valuable to anyone trying to sell their home especially if they are like me someone who had never sold a home before and did not know where to start. Again thank you so much for your service. And let me just say my home sold in a month of my realtor listing.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/20/2019*

Samuel A. *Highlands Ranch, CO*

The service HomeLight provided me was invaluable. I am a big believer of analytics and since HomeLight relies on analytics, I felt there was less risk and uncertainty choosing one of the three agents that were recommended to me. The entire experience was less stressful and I truly believe I got the most money for my home. Because the agent was referred by Homelight, I was also comforted to know that there was an extra level of accountability for the agent. I highly recommend HomeLight when selling a property and selecting an agent.

Caution: The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★☆ *12/20/2019*

Andrea R. *Phoenix, AZ*

I contacted HomeLight last March when I decided to purchase a home. I found them through my employer and loved that they could recommend a qualified real estate agent in my area. I filled out the online application and received a call back with a recommendation almost immediately. If I remember correctly I was given a three names. I chose the female recommendation because that's what felt most comfortable for me. I was thrilled with the choice I made from their recommendation. Lavona and Tracey were incredible to work with. Their office was professional, but had a wonderful personal touch. Thank you HomeLight! I may have found the agents without HomeLight, but it made it much easier for me.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★★★★★ *12/19/2019*

Matthew S. *Nolanville, TX*

Homelight helped me find an excellent realtor to meet my home buying needs. Im glad I chose to work with them to narrow my search for a high quality realtor. Shortly after signing up for their service, I was contacted by a customer service rep to find out what specifically I needed in a home and what my budget was. I was then directed to realtors tailored to my needs. I recommend using home light to find a realtor.

**Caution:** The author of this review has confirmed that his/her posting was solicited by HomeLight in exchange for a cash gift card.

★☆☆☆☆ *11/29/2019*

Brian M. *Seattle, WA*

The notion of a HomeLight broker ranking algorithm is a sham. HomeLight cannot possibly take into account off-market sales, unknown specifics of each transaction, how motivated the seller was, where the market was at the time of sale. Some brokers will underprice homes just to sell them faster to get the commission. HomeLight receives a large fee from each home sale, paid by your broker. If you want a good agent who doesn't pay to be listed, you need to do your research. HomeLight pitches sellers on high commissions to get more fees frombrokers.

★☆☆☆☆ *11/11/2019*

Jennifer L. *Sacramento, CA*

HomeLight is only interested in deal making with the highest bidder from agents who pay them to be listed. Each agent must pay from their commission to be listed. They hide this and say that the site is free. HomeLight is only paid by brokers.

★☆☆☆☆ *10/21/2019*

Zia H. *Las Vegas, NV*

The information Homelight provides is biased because it rates agents that pay a referral. If a business pays to be matched, of course that match is biased. It must be banned for false advertising.

★☆☆☆☆ *10/14/2019*

Jeff G. *Columbus, OH*

HomeLight is an entirely false resource. The number of sales the realtor makes and the difference between asking prices and actual selling prices does not determine the quality of the realtor who was involved. Most of these things are out of the realtors' control and have to do with specific home sale. Some homes are just harder to sell than others. Many transactions don't get registered in MLS databases. If HomeLight displayed ranking data on everyone, including "bad realtors" and not just "three best choices" it would be sued everywhere for false data. HomeLight rotates a few "good realtors" who pay them and says these are the best. HomeLight is paid for referrals based on random data and unsupported claims. The best way to find a realtor is to do you research and talk to someone you know who actually used a good local realtor to help decide on the

quality.

★☆☆☆☆ *10/11/2019*

Lisa K. *Fresno, CA*

I was weary about HomeLight and what's the catch? Free service to find great agents? It turns out this this a referral scheme, I felt duped when I found out they get a fee from all realtors who they recommend. This is not a free service. I talked to one of the realtors they recommended, asking what is the deal with HomeLight fees, and she told me it is a standard in the industry. Who makes these standards? Payment of her commission to HomeLight is the only reason they match her. No way can she give me a good listing quote with fees attached. HomeLight is a scam, not at all unbiased as described.

★★★★☆ *05/06/2019*

John D. *Boswell, PA*

HomeLight provides the service to you for no cost. Good news for customers who are buying or selling homes.
Of course, they do make money. When you are referring to an agent, that agent will pay a referral fee back to HomeLight. This referral fee is between the agent and HomeLight and is not the customer's concern. Go ahead and find a great real estate agent with HomeLight.

★★☆☆☆ *05/04/2019*

Maria M. *Washington, DC*

Seems like the company is out there to collect information on cash buyers than to provide a real service.

The 4% fee may be worth the referral if the deal closes as the company says it doesn't collect the fee until the deal actually closes,

however from the agent side, they are looking for 25% of the agent's commissions. In addition, they also want to collect a fee from any transactions that transpire downstream.

★☆☆☆☆ *05/02/2019*

Nicole H. *Phoenix, AZ*

HomeLight advertises that they match people with top agents, not true, all their matches are biased. This company is a lead generation business for agents. Agents sign up with the site, and HL feeds the agents leads. If HL converts lead into a sale, the agent pays HL for the lead. Agents listed are not necessarily top producing, just agents giving a cut of their commissions back to HL for the leads. Agents just bill these fees by charging high commission rates, instead of negotiating with their clients for a better price. You wont find the best match here because this company just pushes paying agents without any value to sellers.

## Leave your review for HomeLight



Your Email (Email will be private)

Email Address

## Your Full Name (Last Name will be private)

Your Name

## City, State

Houston, TX

## Review Text

Review Text

*Please provide honest and constructive feedback about this business. You are solely responsible for the quality of the content.*

Companies can never ask HomeOpenly to remove legitimate consumer reviews. All user reviews are protected by the Consumer Review Fairness Act (CRFA) (https://www.ftc.gov/tips-advice/business-center/guidance /consumer-review-fairness-act-what-businesses-need-know) that safeguards people's ability to share their honest opinions about a business.

Post Your Review

*HomeOpenly team publishes genuine, independent, and unpaid editorial reviews (https://developers.google.com/search/docs/advanced/structured-data/review-*

*snippet#guidelines) for residential real estate companies that operate in the United States. Each year we highlight services that bring the best overall value to consumers with the highest Editor's Rating. There are no commercial agreements (paid or otherwise) between HomeOpenly and the reviewed business. We encourage consumers to post helpful and independent user reviews about this business with any sentiment. Please check our Content Guidelines (../docs /HomeOpenly-Content-Guidelines.pdf) or simply contact us if you have a question.*

## Compare HomeLight to:

mellohome

(Compare-HomeLight-mellohome)

NAEBA

(Compare-HomeLight-NAEBA)

Realtor.com ReadyConnect (Opcity)

(Compare-HomeLight-Realtor_Opcity)

Rocket Homes

(Compare-HomeLight-Rocket_Homes)

UpNest

(Compare-HomeLight-UpNest)

Xome

(Compare-HomeLight-Xome)

Zillow Flex Program

(Compare-HomeLight-Zillow_Premier_Broker_Program)

Sold.com

(Compare-HomeLight-Sold)

Better.com Real Estate

(Compare-HomeLight-Better_Real_Estate)

Transactly

(Compare-HomeLight-Transactly)

^

## OJO Labs

(Compare-HomeLight-OJO)

## LemonBrew

(Compare-HomeLight-LemonBrew)

---

## Open Marketplace

Our Mission (/Our-Mission.html)

Terms of Service (/TermsOfService.html)

Privacy by Design (/PrivacyPolicy.html)

## Homeownership

Real Estate Guides (/guide/RealEstateGuides)

Real Estate Directory (/Reviews/RealEstateDirectory)

Savings by States (/Real-Estate-Agents-Commissions-Rebates)

## Connect with Us

Contact (/ContactUs.html)

Feedback (/feedback.html)

Marketplace Partners (/Marketplace-Partners)

© 2017-2022 HomeOpenly.com All rights reserved.
Designed in California 🇺🇸