UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMELIGHT, INC., <br>     Plaintiff, <br> v. <br> DMITRY SHKIPIN, et al., <br>     Defendants. | Case No. 22-cv-03119-PCP   (SVK) <br><br> **ORDER RE RESCHEDULING DISCOVERY HEARING** <br><br> Re Dkts. 121, 122 |

On October 3, 2023, the Court scheduled a discovery hearing for October 10, 2023, regarding the Parties' respective motions to compel. The next day Plaintiff's counsel requested, by email, that the hearing be continued due to the sudden unavailability of counsel. Defendant objected, also by email, to continuing the hearing to a date in advance of the close of discovery on December 15, 2023. To forestall any further argument by email or motion, the Court issues this Order. The hearing originally set for October 10, 2023, is **continued to October 17, 2023**, as now noticed on the public docket. Setting the hearing at this time will allow the Court to resolve the Parties' current objections and allow enough time for the Parties to comply with the Court's orders without disrupting the case schedule. In addition, ruling on objections now will inform the Parties' discovery requests and objections going forward to avoid, or at least limit, further disputes. As the next step in this process, the Court looks forward to working with the Parties at the hearing on October 17, 2023.

**SO ORDERED.**

Dated: October 4, 2023

SUSAN VAN KEULEN
United States Magistrate Judge